AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

V.

JOSE TORRES
a/k/a JESUS RODRIGUEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1773-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 8, 2004__ in __Bristol__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possess, in and affecting commerce, two firearms, to wit, a Marlin Model 60 .22 caliber rifle with an obliterated serial number, and a Mossberg Model 500A 12 gauge shotgun bearing serial number J762640, and ammunition, to wit, 49 rounds of .22lr ammunition,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Stephanie Schafer.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6-18-04__ at __Boston, Massachusetts__
Date                                          City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.